Ellinwood, Francis & Plowman, LLP.
**RALPH E. ELLINWOOD**
Attorney at Law
State Bar No. 3890, PCC #16496
ree@yourbestdefense.com
117 West Washington Street
Tucson, Arizona 85701
(520) 882-2100 Fax: (520) 882-2026

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROY DANIEL MOSER, <br><br> Defendant. | Case No. CR11-02199-TUC-CKJ-HCE <br><br><br> **MOTION TO CONTINUE SENTENCING** <br><br><br> *(First request)* |

It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(3)(B)(8)(A) will occur as a result of this motion or an order based thereon.

Defendant, ROY DANIEL MOSER, by and through counsel undersigned, respectfully requests this Court for a forty-five (45) day continuance of the Sentencing set for October 13, 2011 at 10:00am.

Pretrial officer, Kelly A. Burruel, has requested additional time to complete her presentence investigation report.

Assistant United States Attorney Brian Sardelli does not object to this request for continuance.

1

   RESPECTFULLY SUBMITTED this 14th of September, 2011.

            Ellinwood, Francis & Plowman, LLP.

           By: /S/ Ralph E. Ellinwood
             Ralph E. Ellinwood
             ATTORNEY FOR DEFENDANT

ECF Copy to:
Brian Sardelli, Assistant United States Attorney