Ellinwood & Francis, LLP.
**RALPH E. ELLINWOOD**
Attorney at Law
State Bar No. 3890, PCC # 16496
ree@yourbestdefense.com
117 West Washington Street
Tucson, Arizona 85701
(520) 882-2100 Fax: (520) 882-2026

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | No. CR11-02199-TUC-CKJ-HCE |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| ROY DANIEL MOSER, | |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, §3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

Undersigned counsel moves to withdraw as counsel for Defendant on the grounds that Defendant has requested his withdrawal. New counsel from the CJA panel should be appointed for Defendant. Counsel requests that he be authorized to be paid for his services rather than wait for the final disposition of this case.

RESPECTFULLY SUBMITTED this 15th day of November, 2011.

        Ellinwood & Francis, LLP.

        By: /S/ *Ralph E. Ellinwood*
          RALPH E. ELLINWOOD
          ATTORNEY FOR DEFENDANT

Copies of the foregoing to:
Brian Sardelli, Assistant United States Attorney

1